```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHRISTOPHER LUM, et al.,

              Defendant.

**ORDER**

**S1 19 Cr. 862 (VEC)**

      For the reasons discussed on the record at today's hearing in this matter, it is hereby ORDERED that defendant Christopher Lum's bail conditions are modified to remove the condition requiring that the defendant's bond be secured by the property located at 108-49 63rd Avenue, Apartment 5G, Queens, New York. The bond shall be an unsecured, personal recognizance bond. (*See* Dkt. No. 52, at p. 1). All other bail conditions shall remain in effect.

SO ORDERED.

Dated: New York, New York
      10/20/2023

                                        HONORABLE VALERIE E. CAPRONI
                                        UNITED STATES DISTRICT JUDGE